JS-6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUOC VAN NGUYEN,<br><br>                    Petitioner,<br><br>          v.<br><br>D. MARIN, et al.,<br><br>                    Respondents. | Case No. 5:26-cv-01552-MBK<br><br>JUDGMENT |

IT IS ADJUDGED that the petition for writ of habeas corpus is GRANTED and this action is dismissed with prejudice.

Dated: May 22, 2026



_____
HON. MICHAEL B. KAUFMAN
UNITED STATES MAGISTRATE JUDGE